## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| James Asselta, *et al.*, | Civil Action |
| Plaintiffs, | No. 08-2007 (RBK) |
| v. | |
| Columbia Sussex Corporation, *et al.*: | |
| Defendants. | |

### STIPULATION REGARDING AMENDMENT OF THE COMPLAINT

The parties hereby stipulate and agree that the Plaintiffs may file the Second Amended Complaint filed on August 8, 2008. [Doc. No. 31]. It is acknowledged by all parties that Aztar Corporation is no longer a party to this action, having been administratively dismissed. As such, no response is required from Aztar Corporation.



Console Law Offices LLC
1525 Locust Street, 9th Floor
Philadelphia, PA 19102


By: s/ James M. Duttera
    James D. Duttera, Esq.

Attorneys For Plaintiffs

Cooper Levenson
1125 Atlantic Avenue, 3rd Floor
P.O. box 1125
Atlantic City, NJ 08404

By: s/ Eileen Oakes Muskett
    Eileen Oakes Muskett, Esq.

Attorneys For Defendant Adamar Of New Jersey, Inc.

JACKSON LEWIS LLP
220 Headquarter Plaza
East Tower, 7th Floor
Morristown, New Jersey 07960


By: s/ Geralyn Boccher
    Geralyn Boccher

Attorneys For Defendants Columbia Sussex Corp. & Tropicana Casinos And Resorts, Inc.

SO ORDERED:

_____ April 11, 2008
JOEL SCHNEIDER
United States Magistrate